UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-04893-FWS (AGRx) | Date | April 10, 2023 |
|---|---|---|---|
| Title | MMAS Research LLC v. Maastricht University Medical Center et al | | |

| Present: The Honorable | FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [21], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

All pending Orders to Show Cause are hereby discharged.

                                                                                         _____ : _____

Initials of Deputy Clerk     mku